IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-21196
_____


LOUIS BARRELLI,

                                        Plaintiff-Appellant,

                    versus

LUMBERMEN'S MUTUAL CASUALTY COMPANY;
KEMPER INSURANCE COMPANIES,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for
the Southern District of Texas
(USDC No. H-00-CV-2128)
_____
September 9, 2002

Before REAVLEY, BARKSDALE and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    The judgment is affirmed essentially for the reasons given by the district court

in its Memorandum Opinion and Order.

    AFFIRMED.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.